UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD M. HAQUE,

                Plaintiff,

        -v.-

TRANS UNION LLC and EXPERIAN
INFORMATION SOLUTIONS INC,

                Defendants.

21 Civ. 4950 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By notice dated November 12, 2021, Plaintiff reported to the Court that he has reached a settlement in this case with Defendant Trans Union ("Trans Union"). Accordingly, it is hereby:

    ORDERED that this action be conditionally discontinued without prejudice and without costs as to Trans Union; provided, however, that within forty-five (45) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action as to Trans Union to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Plaintiff and Trans Union shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive

motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice as to Trans Union in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to adjourn all remaining dates and deadlines as to Trans Union.

SO ORDERED.

Dated: November 15, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge